**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Paul Renick** | Social Security number or ITIN  **xxx–xx–3193** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lori Renick** | Social Security number or ITIN  **xxx–xx–1039** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **District of New Jersey**

Case number:  **16–27476–KCF**

## Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Paul Renick                                             Lori Renick

12/16/16                                                **By the court:**  <u>Kathryn C. Ferguson</u>
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Paul Renick  
Lori Renick  
    Debtors

Case No. 16-27476-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 16, 2016  
                      Form ID: 318     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.  
db/jdb         Paul Renick,  Lori Renick,  276 Bayside Dr,  Highlands, NJ  07732-1002  
516387758     +Fein Such Kahn & Shepard, PC,  7 Century Dr,  Parsippany, NJ 07054-4673  
516387759      Shell Point Mortgage Service,  55 Beattie Pl Ste 110,  Greenville, SC  29601-5115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 16 2016 22:48:31      U.S. Attorney,  970 Broad St., Room 502,  Rodino Federal Bldg.,  Newark, NJ  07102-2534  
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 16 2016 22:48:29      United States Trustee,  Office of the United States Trustee,  1085 Raymond Blvd.,  One Newark Center,  Suite 2100,  Newark, NJ 07102-5235  
516387757      EDI: BANKAMER.COM Dec 16 2016 22:33:00      Bank of America,  PO Box 982235,  El Paso, TX  79998-2235  
516396391      EDI: RMSC.COM Dec 16 2016 22:33:00      Synchrony Bank,  c/o of Recovery Management Systems Corp,  25 S.E. 2nd Avenue, Suite 1120,  Miami, FL 33131-1605  
                                                                                                        TOTAL: 4

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:  
        Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
        Denise E. Carlon    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Meaghan Tuohey    on behalf of Joint Debtor Lori  Renick meaghan@2eklaw.com, G19176@notify.cincompass.com  
        Meaghan Tuohey    on behalf of Debtor Paul  Renick meaghan@2eklaw.com, G19176@notify.cincompass.com  
        R. A. Lebron    on behalf of Creditor    NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE SERVICING bankruptcy@feinsuch.com  
                                                                                                                         TOTAL: 5