UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   Renick, Paul and Lori          Case No.:   16-27476-KCF
                                        Chapter:    7
                                        Judge:      Kathryn C. Ferguson, Chief Judge

## NOTICE OF PROPOSED ABANDONMENT

Andrea Dobin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on January 24, 2017 at 11:00 a.m. at the United States Bankruptcy Court, Courtroom no 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
276 Bayside Dr.
Highlands, NJ

Valued at $125,000.00

Liens on property:

Shellpoint
$202,941.00

Amount of equity claimed as exempt:

$0.00

Objections must be served on, and requests for additional information directed to:

Name:    Andrea Dobin, Trustee

Address:    Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Paul Renick
Lori Renick
    Debtors

Case No. 16-27476-KCF
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 22, 2016
                      Form ID: pdf905    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2016.
db/jdb        Paul Renick,   Lori Renick,   276 Bayside Dr,   Highlands, NJ 07732-1002
516387757     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court:  Bank of America,   PO Box 982235,   El Paso, TX 79998-2235)
516387758     +Fein Such Kahn & Shepard, PC,   7 Century Dr,   Parsippany, NJ 07054-4673
516387759     Shell Point Mortgage Service,   55 Beattie Pl Ste 110,   Greenville, SC 29601-5115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 23 2016 00:03:41     U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 23 2016 00:03:39     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
516396391     E-mail/PDF: gecsedi@recoverycorp.com Dec 23 2016 00:11:07     Synchrony Bank,   c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                               TOTAL: 3

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2016 at the address(es) listed below:
          Andrea Dobin   ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
          Denise E. Carlon   on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Meaghan Tuohey   on behalf of Joint Debtor Lori Renick meaghan@2eklaw.com, G19176@notify.cincompass.com
          Meaghan Tuohey   on behalf of Debtor Paul Renick meaghan@2eklaw.com, G19176@notify.cincompass.com
          R. A. Lebron   on behalf of Creditor   NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE SERVICING bankruptcy@feinsuch.com
                                                                                                TOTAL: 5