Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–27476–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Paul Renick | Lori Renick |
|---|---|
| 276 Bayside Dr | 276 Bayside Dr |
| Highlands, NJ 07732–1002 | Highlands, NJ 07732–1002 |

Social Security No.:
   xxx–xx–3193                                                    xxx–xx–1039

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrea Dobin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 30, 2017        Kathryn C. Ferguson
                               Judge, United States Bankruptcy Court